| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Lynn T. Nolan, Esq. - 039952011<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716)204-1700<br>E-mail: lnolan@grosspolowy.com<br>Attorneys for Creditor MidFirst Bank | |
| In Re:<br><br>    RICARDO RAMIREZ, SR.<br><br>                Debtor(s). | Case No.: 20-22738-aba<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MidFirst Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    2500 Plaza 5, Suite 2548
    Jersey City, NJ 07311

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| DATED: 11/25/2020 | GROSS POLOWY, LLC<br>Formed in the State of Delaware<br><br>*/s/* Lynn T. Nolan, Esq.<br>By: Lynn T. Nolan, Esq. |